IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA L. JONES                          PLAINTIFF

v.                  No. 4:22-cv-536-DPM

AMY D. JOHNSON, Judge,
15th Division, 6th Circuit Court;
RILEY SHERIDAN CAULEY,
Attorney; KERAN WHATLEY,
Judge, 6th Division Court;
PULASKI COUNTY REGIONAL
DETENTION FACILITY;
RITA BAKER, Judge, Center for Arkansas
Legal Services; ROBERT JONES;
TRACY LOUNSBURY; EDNA FAYE
WILLIAMS GIBSON; DOES, Jacksonville
Police Station, McRae Police Station,
McRae District Courthouse, State's Attorney      DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 September 2022